UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MYRIAM ZAYAS,

                    Plaintiff,                        Case No. C24-0716-KKE

          v.                                          ORDER

SYLVIA HOWARD, et al.,

                    Defendants.

Because Plaintiff does not appear to have funds available to afford the $405.00 filing fee,

Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C.

§ 1915(a)(1).  Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED.  However, the

undersigned recommends review by the assigned District Judge under 28 U.S.C. § 1915

(e)(2)(B).  *See*, *e.g.*, *Zayas v. McCoy*, C24-0694-JNW; *Zayas v. McCoy, et al.*, C24-0621-LK;

*Zayas v. Green*, C24-0624-JNW; *Zayas v. City of Issaquah*, C24-0625-JNW; *Zayas v. DeCamp*,

C24-0640-RSM.

//

//

//

ORDER - 1

1          The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the

2     assigned District Judge.

3          Dated this 29th day of May, 2024.

4

5                                              S. KATE VAUGHAN
                                               United States Magistrate Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER - 2