FILED
LODGED
RECEIVED    **MAIL**

MAY 28 2024

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY
DEPUTY

The Honorable _____

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **MYRIAM ZAYAS**<br><br>Plaintiff,<br><br>v.<br><br>**SYLVIA HOWARD, CHRISTIAN MCMULLIN**<br><br>Defendants, | Case 24-cv-00716 KKE<br><br>42 U.S.C.A. Section 1983 1871 Civil Rights Act Fourteenth Amendment- substantive and procedural due process First Amendment<br><br>***AMENDED COMPLAINT*** |

I spelled the name wrong of the 2nd defendant on the previous complaint. I've also added a corrected summons and cover sheet, if those are not needed disregard this is the amended complaint.

1

2

**Addressing Rooker Feldman:**
To whatever extent we have not been clear enough before, we aim to be now. Rooker-Feldman means that federal district courts cannot review or reject state court judgments rendered before the district court litigation began. It is, really, a straightforward application of the statutes establishing our jurisdiction. The doctrine does not need to be a source of confusion in federal law. Nor can it be a broad means of dismissing all claims related in one way or another to state court litigation. Its application is narrow and—surprisingly enough—quite simple. It bars only "cases brought by state-court losers complaining of injuries caused by state-court judgments rendered before the district court proceedings commenced and inviting district court review and rejection of those judgments." Exxon Mobil 544 U.S. at 284; see also Nicholson, 558 F.3d at 1274. The injury must be caused by the judgment itself. Period. And considering whether a claim is "inextricably intertwined" with a state court judgment is not a second prong of the analysis; it is merely a way of ensuring that courts do not exercise jurisdiction over the appeal of a state court judgment simply because the claimant does not call it an appeal of a state court judgment. Anything other than that kind of appeal can and should be addressed by other preclusion or abstention doctrines. See, e.g., Lozman v. City of Riviera Beach, 713 F.3d 1066, 1074–80 (11th Cir. 2013). In short, district courts should keep one thing in mind when Rooker-Feldman is raised: it will almost never apply. Behr v. Campbell, No. 18-12842 (11th Cir. 2021)

## COUNT I | PARTIES + JURISDICTION

Plaintiff MYRIAM ZAYAS is a resident of Issaquah, King County, Washington. At the time of the incident giving rise to this complaint, Defendant Sylvia Howard a person, is and was employed by DCYF[1] and based in the city of Kent, as a CPS supervisor at all relevant times, and is liable for her acts, and omissions in her individual, and official capacities. Defendant Christian McMullin a person, is and was assigned by DCYF to be a placement for PLAINTIFF's child[2], and is at all relevant times liable for her acts, and omissions in her individual, and official capacities. Any and all acts, and omissions undertaken by defendants Sylvia Howard, and Christian McMullin were done under color of state law. This action is brought pursuant to the provisions of 28 U.S.C.A. §§ 1331 and 1333 and 42 U.S.C.A. §§ 1983, 1985, and 1986. The proper venue for this action is the United States District Court for the Western District of Washington Seattle because the action or omission complained on here occurred in King County, Washington.

---

[1]Department of Children Youth and Families Hereinafter "DCYF"
[2]Plaintiffs child hereinafter "AC" age 9

1

## COUNT II | CAUSE OF ACTION

Plaintiff is an individual, person and a citizen of the United States, and has a cause of action under the 1871 Civil Rights Act under 42 USC §1983 Civil Action for Deprivation Of Rights: Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States, or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, **shall be liable to the party injured in an action at law**, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia. **Amendment XIV (1868)[3]**: Section 1. All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws. **Amendment I:** The First Amendment provides that Congress make no law respecting an establishment of religion or prohibiting its free exercise. It protects freedom of speech, the press, assembly, and the right to petition the Government for a redress of grievances.

## COUNT III | FACTUAL ALLEGATIONS

1.      Just like police can't arrest people for no reason, CPS can't take kids for no reason, it's a crime. Defendant Howards attorney general will claim that defendant Howard is not a part of my child's case, and that she's not assigned to my case. This is true; defendant Howard works through other people 100% of the time. She may not be assigned but she definitely controls them

---

[3]Fourteenth Amendment

all. Some evidence the assistant attorney general provides is likely fraudulent, he has covered forgery before for a judge who I have sued and that has committed and covered forgery. The assistant attorney general can make anything that doesn't exist into evidence. He has made court hearings with my voice in it that were completely fake and fraudulent, and I was not there, I still have these hearings and I can prove it. Just for the record.

2.      On or about April 29th, 2024, my 9-year-old (AC) said to the school that I physically abused her, when I never physically abused her, she said that so that she could get back into foster care and go to her old foster home. Sylvia Howard is always itching for new allegations to take my kids because she hates me but for my eye color. I'm not going to go into too many details except to say that they were false allegations.[4]

3.      I believe that Defendant Sylvia Howard is in charge of all those who placed my child in the home of defendant Christian McMullin on April 30th, 2024, this was done intentionally. Christian McMullin lives in the building right next to me. When I walk outside of my front door her living room window is less than 50 feet away.  Sylvia Howard placed my child AC where she can see me every single day, when I walk my dog, check my mail. I had no clue she was there until yesterday. I found out after AC contacted my 24 yo daughter through messaging. More than three weeks my daughter has been hidden right in front of me. This severely undermines my authority as a parent. Defendant McMullin is the mother of my child's friend. I do not know her for any other reason. As you can see I didn't even know how her name was spelled correctly. We text back and forth, but strictly because our kids hung out with each other and for no other reason. Defendant McMullin has instructed AC to avoid me and ignore me, at all costs, if she sees me outside. My daughter is not getting a ride to school she's catching the bus, so if I take my dog outside while the kids are outside waiting for the bus she's right there. AC ran away from me and started crying when she saw me on May 23rd, 2024.

4.      From the outside looking in someone might say that my neighbor's "just trying to help" me, but how does it help having my child right next door when a crime was committed against me by these state officials. I'm being accused of something that's false. If I didn't sign the court order then that means I'm not in compliance with the court order and I'm not doing services so

---

[4] Zayas vs. McCoy 20-cv-00621 Zayas vs. Decamp 24-CV-00640

why would DCYF have my child at all if I don't plan on regaining custody through doing services? Why would they have my kid at all if DCYF can't terminate my rights? They can only terminate my rights if I sign and agree to the court order. DCYF is committing extortion By removing my child and assuming that will make me sign the order and do what Defendant Howard says, and Christian McMullin is assisting them in this extortion by harboring my child.

5.    I have a right not to associate with this government agency under the First Amendment of the United States constitution's right to remain silent. I have a right to sign, or not to sign it's my hand, my body I can make that decision. Why would Defendant McMullin keep my child, when she knows I haven't complied in four years? DCYF is misapplying the law and not following the law. Defendant McMullin knows how to read the law it's public, nowhere in it does it say that they are allowed to remove my child and then wait for me to sign. Defendant McMullin knows that I lost my two oldest children for good, while I was "trying to earn" them back from black people who worked at DCYF. If she knew that it hasn't worked before, then why would it work now? Why would she want to be involved with a crime? She doesn't see any proof of child abuse, yet she assists Child Protective Services when they ask her to harbor my child, why because they're CPS? A reasonable person would know that this would cause severe emotional distress to me. To have my child within feet of me while I'm at home and I'm not even allowed to visit her.

6.    Sylvia has possibly terminated the rights of hundreds of Caucasian parents without brown eyes, and they have no clue that she's the one who did it. **Because these parents see other white people get their children back and they think it must not be racism, because look those white people got their kid back from CPS. They don't realize that those white people: both parents had brown eyes. That's why they got their kid back. It's eye color discrimination they're being targeted by their eye color that's how DCYF and Defendant Howard get away with it**. The discrimination of people with less melanin is common worldwide. This eye color thing took me 20 years to see, I used to think it was racism, until I met more than 4 families where both parents have brown eyes and their infants have died from child abuse while in their custody, and they kept their other children with no rights terminated. One even killed his child, did time and is now parenting the child's siblings. All of these parents are white, and they all have brown eyes. Just because Sylvia employs people who are Caucasian without brown eyes

1  does not mean she likes them because they're getting sued right now, and she knows that, that's

2  why she puts them on the front line, and hides behind them, hoping that she will not get sued.

3  7.      Defendant McMullin violated my rights by knowing that my child was not abused

4  accepting her into her home, knowing that I'm right next door telling my child to ignore and

5  avoid me, without a signed dependency order, she did not see any tangible proof that I abused

6  my child. Defendant McMullin already knew my side of the story. Defendant McMullin knows

7  that she lives within feet from my home. Defendant McMullin knows that I haven't had a visit

8  with my daughter in almost a month. Defendant McMullin was at my court hearing and was

9  laughing at me about it in her text messages to me, laughing at the way I yelled at the judge after

10  the judge committed a crime against me. Defendant McMullin can read the law that says my

11  signature and agreement are required on **any** stipulated or agreed court[5] order related to juvenile

12  dependency which is what defendant Howard is basing her allegations of child abuse on.

13  Defendant McMullin was and is a willing participant in the intentional torture carried out by

14  defendant Howard. Defendant McMullin acted with evil intent, and bad faith when she accepted

15  my daughter into her home. This was a choice she made; she did not have to say yes. Defendant

16  McMullin is not a licensed foster parent. Defendant McMullin is the one who reported me to

17  CPS. Defendant McMullins' child was the one who recorded the audio of my child screaming

18  inside my home. I have been in touch with defendant McMullin since my child was taken and

19  not one time has she mentioned that my child was inside of her home. Defendant McMullin is

20  harboring my child illegally according to the law, not just by not having the proper court

21  documents but also by knowing that I never abused my child because the law provides the

22  definition of child abuse below:

> **RCW 26.44.030 (1)(d)** ……..For the purposes of this subsection, "severe abuse" means any of the following: Any single act of abuse that causes physical trauma of sufficient severity that, if left untreated, could cause death; any single act of sexual abuse that causes significant bleeding, deep bruising, or significant external or internal swelling; or more than one act of physical abuse, each of which causes bleeding, deep bruising, significant external or internal swelling, bone fracture, or unconsciousness.

23  8.      Sylvia Howard has 23 criminal charges from the state of Florida, Sylvia Howard placed

24  my child or directed those who did place her in my apartment complex, right next door to me on

---

[5]RCW 13.34.110 (1)(c)

1  purpose. Because she wanted me to be hurt, her intentions were in bad faith and reckless

2  disregard of my constitutional right to equal protection, the but-for reason for her actions were

3  based on my eye color. Defendant Howard knows or reasonably should have known that her

4  actions would cause emotional distress to me, and my child that are still going on right now

5  today. Furthermore, if I was so dangerous why would Defendant Howard place AC right next

6  door? This is not protecting a child from their parents placing them right next door to the parent.

7  9.      The following RCW means that there is no dependency these statutes have to happen

before a parent's rights are terminated, if DCYF cannot terminate my rights then there is no

8  dependency. A valid dependency court order only exists when I agree to it and sign it, then if I

9  violate it after I agree to it they can terminate my rights, as explained the following set of

10  statutes:

11

12  RCW 13.34.110 (c) Prior to the entry of any stipulated[6] or agreed order of dependency, the
parent, guardian, or legal custodian of the child and his or her attorney must appear before the
court and the court within available resources must inquire and establish on the record that: (i) The
13  parent, guardian, or legal custodian understands the terms of the order or orders he or she has
signed, including his or her responsibility to participate in remedial services as provided in any
14  disposition order.
(ii) The parent, guardian, or legal custodian understands that entry of the order starts a process that
15  could result in the filing of a petition to terminate his or her relationship with the child within the
time frames required by state and federal law if he or she fails to comply with the terms of the
16  dependency or disposition orders or fails to substantially remedy the problems that necessitated
the child's placement in out-of-home care; (iii) The parent, guardian, or legal custodian
17  understands that the entry of the stipulated or agreed order of dependency is an admission that the
child is dependent within the meaning of RCW 13.34.030 and shall have the same legal effect as a
18  finding by the court that the child is dependent by at least a preponderance of the evidence, and
that the parent, guardian, or legal custodian shall not have the right in any subsequent proceeding
19  for termination of parental rights pursuant to this chapter or guardianship pursuant to chapters
[chapter] 13.36 or 11.130 RCW to challenge or dispute the fact that the child was found to be
20  dependent; and (iv) The parent, guardian, or legal custodian knowingly and willingly stipulated
and agreed to and signed the order or orders, without duress, and without misrepresentation or
21  fraud by any other party. If a parent, guardian, or legal custodian fails to appear before the court
after stipulating or agreeing to entry of an order of dependency, the court may enter the order upon
22  a finding that the parent, guardian, or legal custodian had actual notice of the right to appear
before the court and chose not to do so.

23

24  8.      Defendant Howard knows right now my son is on life support and he has been for three

25  months. He's 21 years old and he's not going to survive she knows that, so she took both of my

26

27  _____

28  [6] Means agreed.

kids for no reason. Defendant Howard wants me to kill myself. Defendant Howards actions are a violation of my right to due process under the substantive component, by means of oppression, since this removal of my children and continued petty torture is ongoing for 20 years.

9.      AC has done this before, and she has gotten into foster care for five days and DCYF brought her back and that was based on lies. That was on May 16th of 2023. I filed a lawsuit for that too, but I never got a response from the new case e-mail. I have proof that I did e-mail the District Court a lawsuit regarding this five-day removal in 2023.

I don't think you're supposed to dismiss with prejudice if you do then I would ask that you don't because those previous lawsuits that I filed, of which there are many, were dismissed citing Rooker Feldman and the state case was never in my name, it was in my child's name and it still isn't my child's name as if she were a juvenile offender because they're misapplying the juvenile offender code on infants.

## COUNT IV | INJURIES & DAMAGES

Defendant McMullin was and is at all times inextricably intertwined with the state of Washington DCYF through agents under the command of Defendant Sylvia Howard, each of them acted under color of state law when they deprived me of my right to equal protection under the law. My right to be free from arbitrary government action. Defendants each of them, acted willfully, knowingly, and purposely, with the specific intent of depriving me of my rights. The acts of defendants did in fact deny me of my rights as those rights are secured to me in the Fourteenth Amendment to the United States Constitution and in 42 U.S.C.A. § 1983. In addition to compensatory damages, I the plaintiff hereby make a claim for punitive damages against defendants in an amount to be proven at trial for the willful and wanton acts and omissions of defendant, to include violation of my civil rights, as alleged in this complaint. The acts and omissions of defendants in this case are so gross and culpable in nature, that they constitute reckless indifference, and wanton disregard for the law, and for the rights of others, including my own. Defendants committed the acts, and omissions alleged in this complaint, and subjected me to improper treatment that caused me to suffer emotional distress, embarrassment, public humiliation that they knew were unfounded allegations, lacking tangible evidence. I will need to change my name and move because of how many times I've had to sue this agency DCYF I will never get a job and everything I'm saying is 100% true because I have 30,000 pages of proof in

their employees words of racism, where DCYF employees document and the judges agreed that I

could never meet my children's ethnic or cultural needs because my children are African

American, and I am Caucasian. Defendant McMullin was a willing participant in this unequal

protection, even though she knew that I alleged racism against them, she still was willing to

participate. Defendants' actions should be punished, and an example should be made so that

these actions and omissions are not repeated. The recovery of punitive damages is permitted

under the federal civil rights statutes for reckless and callous indifference to the federally

protected rights of others and is thus appropriate in this case. This instance of reckless and

callous indifference to my constitutional rights should be punished through the imposition of

punitive damages so as to make an example of conduct that will not be tolerated.

I also need declaratory relief which means I need you to declare that defendants having my child

in any type of home beyond the 72 hour point that's written in RCW 13.34.060, without my

signature on that shelter care or dependency court order as required by the United States law

Revised Code of Washington 13.34.110 is a violation of my civil rights under due process,

because each one of those steps in the law above equals a valid court order whenever there are

steps in the law that equal to something and state officials are required to follow these steps

when they don't follow these steps they violate my right to procedural due process. It is required

that I sign that court order it is not optional. if there's no parent there then they mark option RCW

13.34.030(6)(c) which says the parent is not there. But I'm here so that means they can't ignore

me like I'm not here and just march on with Dependency, it's not going to happen because DCYF

is not following the law then they're breaking the law. My daughter's already been in a foster

home for 2.5 years I already went through a termination trial and I shouldn't have because they

had no right terminating my rights without a signed dependency order I went through an entire

trial for no reason my kid has already been home for two years and they're back again it's racism.

They are black and they have white puppets. They're not even allowed to do this to minorities

under the law or Native Americans it's against the law for them to do this to Native Americans.

Of course, DCYF is racist it says it in the law. What if they made a law like that for criminals

that only certain races needed probable cause, well they just did for removing children nobody

knows about it because these cases are sealed but obviously it's still racism. White children they

don't need probable cause. It's written in the law.

(4) The legislature further finds that black and indigenous children and youth and other youth of color are much more likely to be removed from their parents' care, placed into foster care, and remain in the child welfare system longer than white children. Systemic racism contributes to this overrepresentation and to the lack of meaningful access to the court process for children and their families. It is the intent of the legislature to ensure that any expansion of legal representation actively combat this disproportionality." [ 2021 c 210 § 1.]

Anything I may have said in this complaint that I probably said in another complaint, I would put on the record that I'm not mentally there right now, my son is going to die this week and my brain is getting older. But res judicata is just a doctrine it's not the law, it's not a requirement, it's not a statute, it's not a policy, it's just a set of beliefs that's the definition of a doctrine. Also, you should not dismiss with prejudice because my previous lawsuits were dismissed citing Rooker Feldman which could not apply since the state case was not in my name.

*My name is Myriam  Zayas I am above the age of 18. I certify and declare, under penalty of perjury, that everything stated herein, is the truth to the best of my knowledge. This court is governed by the laws of the state of Washington in the United States. Today's date is 05/23/2024*

Pro Se Signature:    *myriam zayas*
Printed Name and email:

Address:
MYRIAM ZAYAS
975 NE DISCOVERY DRIVE UNIT 212
ISSAQUAH WASHINGTON 98029

MYRIAM ZAYAS
MS.
975 NE DISCOVERY DR UNIT 212
ISSAQUAH WA 98029-6235

US POSTAGE AND FEES PAID 
2024-05-24
98029
C4522257
Retail $2.35
5.0 OZ FLAT
0901000004760

DISTRICT COURT
700 STEWART ST
SEATTLE WA 98101-1271

OrangeMailer.co
Printed by Orange Mailer

FILED
LODGED
RECEIVED    MAIL

MAY 28 2024

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY

DEPUTY



Amended
complaint
cover Summa