**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST
SUITE 2310
SEATTLE, WA 98101

May 23, 2024

Myriam Zayas
975 NE DISCOVERY DRIVE UNIT 212
ISSAQUAH, WA 98029

Your civil action, **_Zayas v. Howard et al_**, was filed in the United States District Court – Western District of Washington on May 22, 2024.

The case has been assigned to District Court Judge Kymberly K. Evanson, case number **2:24–cv–00716–KKE**. All documents filed with the Court must include the entire case number in order to be properly posted on the docket.

The following deficiencies have been noted:

> **Redaction**
> The Attachment contains personal identifiers that must be redacted per <u>Federal Rule of Civil Procedure 5.2(a)</u> and <u>Local Rule of Civil Procedure 5.2</u> and has been sealed. You must refile a **redacted** version of the document. This will not affect your original filing date. Enclosed is the document/pages that need redaction.

The deficiencies must be corrected and filed with the Court as soon as possible. Please return the requested documents to the address listed above. Failure to do so may affect the status of your case, including dismissal of the action by the Court.

cc: file

_This letter was sent 2weeks ago I just got it yesterday. Something is up w/ your clerks. Not mailing on time?_

_mz_

_6/11/24_

FILED
LODGED
RECEIVED    MAIL

JUN 24 2024

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

# Family Leave Certification
## Serious Health Condition



Washington
**Paid Family & Medical Leave**
Employment Security Department

Use this form for:
- Family leave related to caring for a family member with a serious health condition

## Paid Leave customer information

Complete the customer information section, then have your family member's healthcare provider complete and sign the certification.

**Name of person applying for family leave:** Myriam Zayas

**Date of birth:** ▇▇▇▇▇▇    **Paid Leave Customer ID number** *(if known):*

## Healthcare provider certification

To be completed and signed by an authorized healthcare provider.
All sections are required unless otherwise noted. Incomplete forms may delay your patient's eligibility for benefits.

**Patient's name:** ▇▇▇▇▇▇ Zayas

**Briefly describe the serious health condition.** Your answers should be your best estimate based on your medical knowledge, experience, and examination of the patient.

Post-cardiac arrest

**Provide the start and end dates for the leave needed due to the serious health condition described above.**
Give specific dates. Terms such as "unknown" or "indeterminate" won't be sufficient to determine Paid Leave eligibility.

**Start date:** 2 / 10 / 2024    **End date:** ___ / ___ / ___

## Healthcare provider's information and signature

*I declare under penalty of perjury that the information provided in this form is true and correct, that the patient's condition meets the definition of "serious health condition," and that I am a health care provider authorized to certify their condition (RCW 50A.05.010; WAC 192-500-090).*

**Signature:** ▇▇▇▇    **Date:** 2 / 13 / 2024

**Name and title:** Rachel Abramson, MD

**Certificate license number and state** *(optional):*    **Type of practice/Specialty:** Internal Medicine

**Phone:** (206) ▇▇▇▇    **Email address:** ▇▇ uw.edu

**Business name and address:** Harborview 325 9th Ave, Seattle, WA 98104

**Upload completed form to your Paid Leave account.**
If you do not have an account, include the form with your benefit application or fax to 833-535-2273.

FAMILY LEAVE CERTIFICATION
UPDATED NOVEMBER 2022                                        PAGE 1 OF 1



MYRIAM ZAYAS
375 NE DISCOVERY DR UNIT 212
ISSAQUAH WA 98029-6235

DISTRICT COURT
700 STEWART ST
SEATTLE WA 98101-1271

US POSTAGE AND FEES PAID
2024-06
98029
C4522257
Retail $0.68
2.0 OZ LTR

JUN 24 2024
CLERK, AT SEATTLE, COURT
WESTERN DISTRICT OF WASHINGTON
BY

OrangeMailer.co
Printed by Orange Mailer