UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MYRIAM ZAYAS, <br><br>　　　　　　Plaintiff, <br><br>　v. <br><br> SYLVIA HOWARD, et al., <br><br>　　　　　　Defendants. | CASE NO. C24-0716 <br><br> ORDER DISMISSING CASE |

On January 16, 2025, the Court ordered Plaintiff to provide additional information regarding any pending state court proceedings by January 30, 2025. Dkt. No. 9 at 3. The Court stated, "If Plaintiff does not timely respond with the relevant information, the Court will dismiss the case." *Id.* Plaintiff has not filed the requested information. Accordingly, the Court dismisses the case without prejudice.

The Clerk is instructed to close the case.

Dated this 7th day of February, 2025.

Kymberly K. Evanson
United States District Judge

ORDER DISMISSING CASE - 1